Robin K. Perkins, SBN: 131252
Natalia D. Asbill, SBN: 281860
PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:   916. 446.2000
Facsimile:   916. 447.6400
rperkins@perkins-lawoffice.com
nasbill@perkins-lawoffice.com

Attorneys for Plaintiff
RONALD BUTLER

Richard R. Mainland, SBN: 36055
Tarifa B. Laddon, SBN: 240419
FULBRIGHT & JAWORSKI LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone:   213.892.9200
Facsimile:   213.892.9494
rmainland@fulbright.com
tladdon@fulbright.com

Attorneys for Defendant
CEMEX, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BUTLER,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CEMEX, INC., a wholly owned subsidiary of CEMEX, S.A.B. de C.V.,<br><br>　　　　Defendant. | Case No. 2:11-CV-02313-JAM-KJN<br><br>**STIPULATION OF THE PARTIES TO AMEND THE PRETRIAL SCHEDULING ORDER**<br><br>Judge:　　　　John A. Mendez<br>Complaint Filed:　August 31, 2011<br>Trial Date:　　　March 18, 2013 |

WHEREAS, Plaintiff, on January 24, 2012, submitted correspondence to the Social Security Administration to obtain Plaintiff's records, which are necessary and pertinent to this litigation. When Plaintiff received no response from the Social Security Administration, by late April 2012, Plaintiff's counsel sent follow-up correspondence on May 2, 2012, wherein requesting an update upon Plaintiff's request for records from this Administration. In response to Plaintiff's second request of records, an employee, "Cynthia," of the Social Security Administration, contacted

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff's counsel of record on May 24, 2012, requesting confirmation that Plaintiff's counsel would
2  assume responsibility for the costs of the reproduction of Plaintiff's Social Security file.  Plaintiff's
3  counsel confirmed that it would assume responsibility for the reasonable cost of reproduction.  In
4  addition, Plaintiff's counsel requested a date of when Plaintiff's counsel could anticipate receipt of
5  said file.  Cynthia, stated that she could not provide Plaintiff's counsel with a specific date or time
6  frame of when the file would be provided to Plaintiff's counsel, based upon the fact the file,
7  according to Cynthia, was voluminous and predominately a paper file, which requires an employee
8  to comb the entire file as Plaintiff was not entitled to all the documents contained within this file.
9  Plaintiff's counsel sent follow-up correspondence regarding the status of production on July 17,
10 2012. To date, neither Plaintiff, nor his counsel, have received a copy of his Social Security
11 Administration file.

12         WHEREAS, on March 12, 2012, the Defendant requested that Plaintiff execute a consent
13 form for release of information, to be submitted to the Social Security Administration.

14         WHEREAS, Plaintiff and the Defendant both agree that the Social Security Administration
15 file is crucial and necessary to the prosecution and/or defense of this matter. Therefore, good cause
16 exists to amend the Pretrial Scheduling Order.

17         IT IS HEREBY STIPULATED, by and between the parties hereto, that the expert disclosure,
18 supplemental/rebuttal expert witness disclosure, discovery deadline, the deadline for filing
19 dispositive motions, the date for hearing dispositive motions, the date of the final pre-trial
20 conference, and the trial date shall be extended by three months or more, if the Court deems that
21 appropriate.  Based on the Court's current Scheduling Order, the parties agree to the following new
22 deadlines, which would allow the parties sufficient time to obtain the Social Security Administration
23 file and complete discovery in this matter:

| Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert Disclosure | August 10, 2012 | November 9, 2012 |
| Supplemental/Rebuttal Experts | August 17, 2012 | November 16, 2012 |
| Discovery Deadline | October 12, 2012 | January 11, 2013 |

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Deadline for Filing Dispositive Motions | December 12, 2012 | February 20, 2013 |
| Hearing on Dispositive Motions | January 9, 2013 at 9:30 a.m. | March 20, 2013 at 9:30 a.m. |
| Final Pre-Trial Conference | February 8, 2013 at 11:00 a.m. | April 26, 2013 at 10:00 a.m. |
| Trial | March 18, 2013 at 9:00 a.m | June 3, 2013 at 9:00 a.m. |

**IT IS SO STIPULATED.**

Dated: July___, 2012                                    PERKINS & ASSOCIATES


By:_____
   Robin K. Perkins
   Natalia D. Asbill
   Attorneys for Plaintiff
   Ronald Butler

Dated: July ___, 2012                                   FULBRIGHT & JAWORSKI LLP


By:_____
   Richard R. Mainland
   Tarifa B. Laddon
   Attorneys for Defendants
   CEMEX, Inc.

///

///

///

As good cause exists, due to the parties' inability to obtain necessary and relevant discovery timely from the Social Security Administration, the Court hereby modifies its Pretrial Scheduling

PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
916.446.2000

Stipulation to Extend Pre-Trial Conference Order           3.

PDF created with pdfFactory trial version www.pdffactory.com

1 | Order in this matter to continue the deadlines as set forth above or as hereinafter issued and/or
2 | modified by this Court.

### IT IS SO ORDERED (AS MODIFIED BY THE COURT)

Dated: July 23, 2012

/s/ John A. Mendez
John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
916.446.2000

Stipulation to Extend Pre-Trial Conference Order        4.

PDF created with pdfFactory trial version www.pdffactory.com